*licitor General Perlman, Assistant Attorney General Mc-Inerney* and *Philip R. Monahan* for the United States.

No. 342. FIRST NATIONAL BANK OF MOBILE, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Geo. E. H. Goodner* and *Scott P. Crampton* for petitioner. *Solicitor General Perlman* for respondent.

No. 359. McHUGH ET AL. *v.* MASSACHUSETTS. Superior Court of Suffolk County, Massachusetts. Certiorari denied. *A. C. Webber* and *Henry Wise* for petitioners. *Francis E. Kelly,* Attorney General of Massachusetts, and *Timothy J. Murphy,* Assistant Attorney General, waived the right to file a brief for respondent.

No. 374. LARSEN, SPECIAL ADMINISTRATRIX, *v.* SWITZER, U. S. DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied. *Irving H. Green* and *Chester D. Johnson* for petitioner. *Warren Newcome, Nye F. Morehouse* and *Lowell Hastings* for respondent.

No. 392. SCHNITZER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Solomon J. Bischoff* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, I. Henry Kutz* and *John R. Benney* for respondent.

No. 398. MURPHY ET AL., TRUSTEES, ET AL. *v.* SCHNEIDER. C. A. 5th Cir. Certiorari denied. *D. H. Culton*